**Order entered October 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01361-CV
No. 05-13-01362-CV
No. 05-13-01363-CV
No. 05-13-01364-CV

**IN RE TROY LEE PERKINS, Relator**

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-00645-S, F07-71769-S, F07-71970-S, F07-71990-S**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/      ELIZABETH LANG-MIERS
         JUSTICE